# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH BUTUSOV, #K-55823,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**C. RAY,** )<br>**WARDEN STEPHEN DUNCAN,** )<br>**ASST. WARDEN TREADWAY,** )<br>**GRIEVANCE OFFICER,** )<br>**LESLIE McCARTHY,** )<br>**and DIRECTOR BALDWIN,** )<br>)<br>**Defendants.** ) | **Case No. 16-cv-00743-SMY** |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Staci M. Yandle, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** with prejudice, the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: 11/23/2016

                                        JUSTINE FLANAGAN, ACTING CLERK

                                        By: s/ Jo Ann Juengel
                                            Deputy Clerk

APPROVED:   s/Staci M. Yandle
                  Staci M. Yandle
                  United States District Judge